Matter of Grand Jury Investigation No. 422781-2023 (2024 NY Slip Op 01986)

Matter of Grand Jury Investigation No. 422781-2023

2024 NY Slip Op 01986

Decided on April 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 11, 2024

Before: Renwick, P.J., Webber, Kennedy, Pitt-Burke, Michael, JJ. 

Appeal No. 1811 Case No. 2023-05407 

[*1]In the Matter of Grand Jury Investigation No. 422781-2023

Argirios J. Nickas, New York, for nonparty appellant Under 21, doing business as Covenant House New York.
Alvin L. Bragg, Jr., District Attorney, New York (Caroline S. Williamson of counsel), for respondent.

Appeal from order, Supreme Court, New York County (Althea E.M. Drysdale, J.), entered October 25, 2023, which denied the motion of nonparty appellant Under 21 d/b/a Covenant House New York to quash subpoenas duces tecum served by the People of the State of New York upon appellant, and ordered it to disclose the requested interior surveillance video and the requested incident reports to the People, unanimously dismissed, without costs, as taken from a nonappealable order.
This Court is constrained by the Court of Appeals holding in Matter of People v Juarez (31 NY3d 1186 [2018]). Therefore, while appellant may seek other remedies at law to prohibit the subpoenas' enforcement (see Juarez, 31 NY3d at 1191 n 5; Matter of Newsday, Inc., 3 NY3d 651, 652 [2004]; see also Matter of Canning v Revoir, 220 AD3d 16 [3d Dept 2023]), the order determining the motion to quash subpoenas is nonappealable because the order was issued after the filing of a related indictment (Juarez, 31 NY3d at 1188-1189). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 11, 2024